■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH DAVIS, Appellant. [776 NYS2d 881]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brennan, J.), rendered February 28, 2002, convicting him of burglary in the second degree and attempted burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

As the People correctly concede, the Supreme Court erred in discharging a sworn juror on the ground that she was unavailable for continued service (*see* CPL 270.35 [2] [a]; *People v Jeanty,* 94 NY2d 507 [2000]; *People v Guerrero,* 221 AD2d 465, 466 [1995]).

In light of our determination, the defendant's remaining contention has been rendered academic. Smith, J.P., S. Miller, Crane and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC DUPONT, Appellant. [776 NYS2d 882]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 21, 2001 (*People v Dupont,* 283 AD2d 587 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered May 19, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Ritter, Smith and Cozier, JJ., concur.